**FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name ~~Roberts~~ ~~Rogers~~ ~~Reed~~ Weldon Wiggins II
   |   (Last)          (First)          (Initial)       SANTA RITA

4 | Prisoner Number ~~AH626895~~ —or— AHH-868   ALAMEDA CO. JAIL

5 | Institutional Address 5325, Broder Blvd. 6-E-14, Dublin Ca. 94568

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

See Attached Page "Class Members (22)"
(Enter the full name of plaintiff in this action.)

CV 08    3150

vs.                                    Case No. _____
                                       (To be provided by the Clerk of Court)

ALAMEDA COUNTY SHERIFFS DEPT.
                                       **COMPLAINT UNDER THE**
ALAMEDA COUNTY JAIL FACILITY           **CIVIL RIGHTS ACT,**
                                       **Title 42 U.S.C § 1983**
SANTA RITA, JOHN and JANE DOE

ADMINISTRATORS et. al. (26)
(Enter the full name of the defendant(s) in this action)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

     [**Note:** You must exhaust your administrative remedies before your claim can go

     forward. The court will dismiss any unexhausted claims.]

     A.   Place of present confinement SANTA RITA JAIL (ALA. CO.)

     B.   Is there a grievance procedure in this institution?

               YES (✓)   NO ( )

     C.   Did you present the facts in your complaint for review through the grievance

          procedure?

               YES (✓)   NO ( )

     D.   If your answer is YES, list the appeal number and the date and result of the

          appeal at each level of review. If you did not pursue a certain level of appeal,

          explain why.

COMPLAINT                              - 1 -

COMPLAINT FILED UNDER 42 U.S.C. 1983

## CLASS MEMBERS

| Print Name | P.F.N. | Signature |
|---|---|---|
| ALFRED ROBERTS | AMG-285 | Alfred Robert |
| WELDON WIGGINS III | AHH-868 | Weldon Wiggins III |
| CHESTER JENKINS | AJV-088 | Chester |
| DAVID KNIGHT | ALV 825 | David Knight |
| Leonard Loyd | BEU 403 | Leonard Loyd |
| Robert Hernandez | AMW-442 | Robert H |
| FRANK LEDESMA | APT-984 | Frank Ledesma |
| Jamesell Lewis | AVV 674 | Jamesell Lewis |
| EMANUEL RODRIGUEZ | BFK-051 | Emanuel Rodriguez |
| Markavail Beloine | BFX-147 | Markavail Beloine |
| Steven Ambrose | BBK-252 | Steven Ambrose |
| Jackie Johnson | BGR074 | Jackie Johnson |
| Virgil T Lee | APW 303 | Virgil T Lee |
| Floyd Tatum | BFJ526 | Floyd Tatum |
| MARIO MARTINEZ | BDN-913 | Mario Martinez |
| Kevin Duarte | BDQ-240 | Kevin Duarte |
| Lloyd Townsend | BGK-247 | |
| Terrell Moore | BGO-541 | Terrell Moore |
| Shawn Reyes | BAH-818 | Shawn Reyes |
| Deric Stephens | BAL 504 | Deric Stephens |
| Galen L. Ellis | AWS051 | Galen L Ellis |
| MARCO FLORES | BBM841 | Marco Flores |
| Jonathan Jaclo | BFH 146 | Jonathan Jaclo |
| Dwight Campbell | BFP508 | Dwight Campbell |

2(a).

*[handwritten at top: There exists fear of retaliation for filing]*

1. Informal appeal _There have been (5) separate individual greivance forms filed due to this issue, in each instance the prisoner who filed the greivance was removed._

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _No one else has had the courage to try to file any greivance within this jail because there exist a prevalent risk of harm to do so._

II. Parties.

    A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Please see the attached sheet of paper recorded as 2(a)._

    B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_Please see the attached sheet of paper recorded as 2(b).,_

COMPLAINT      -2-

1  #5. ANY AND ALL OTHER PERSONS NOT LISTED ABOVE
2  YET FOUND TO BE DIRECTLY AND OR INDIRECTLY
3  RESPONSIBLE AND OR LIABLE FOR THE CONDITION(S,
4  ACTIONS, AND OR DAMAGES COMPLAINED OF HEREIN (et. al.)

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

(#1.) This is a class action filed co-jointly by (3) separate individual classes of inmates housed at the Ala. Co. jail "Santa Rita" in Dublin Ca. This action is filed after numerous grievance forms filed by inmates herein have been lost, ignored, or the inmates involved have sustained retaliating action for the filing of said grievances. The inmates named herein are unsentenced pre-trial detainees, sentenced County jail inmates, and sentenced as well as unsentenced state prisoners. The class as a whole states that they have been damaged physically, mentally and emotionally by the constant threat of physical harm in retaliation for the filing of grievances involving the existance of "Black Mold" "Stachbycholist" in the shower system as well as the circulating air vents. Each named plaintiff, has and is suffering from nose bleeds, fear of death. (#2) Plaintiffs also claim that they are being denied adequate medical care. And ask the discovery be held on all grievances filed to reveal the alleged trend.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

(#1.) Plaintiffs cojointly request that the Court Order Emergency Injunction stoping the usage of the entire Santa Rita jail until it has been releaved of the "Black Mold" infestation. [scribble] And appoint a licensed hygenist to oversee the operation.

COMPLAINT                    - 3 -

Complaint Filed Under 42 U.S.C. 1983

## Defendants

#1.) ALAMEDA COUNTY SHERIFF, 5325, Broder Blvd. Dublin Ca. 94568

#2.) SANTA RITA JAIL FACILITY, JOHN DOE, JANE DOE, BOARD OF SUPERVISORS, TRUSTEES ect. al. in charge of the custody care, treatment and or the physical wellbeing of pre-trial detainees housed at the ALAMEDA COUNTY JAIL at SANTA RITA. 5325, Broder Blvd. Dublin Ca. 94568

#3.) SANTA RITA JAIL FACILITY, JOHN DOE, JANE DOE ELECTED AND UNELECTED Peoples, whose exact positions are unknown at this time, who legal responsibility is the care, custody, physical well being and every other thing, consistant with the maintenance and the health of all inmates at the Santa Rita Jail, representative of each class devoted herein: Pre Trial Detainee, Post Trial County Jail convicted inmates and both Pre Trial, Post Trial and Pre-Parolee, Post-Parolee, Parole Revocation prisoners who are the property of the state of California.

#4.) CALIFORNIA DEPT. OF CORRECTIONS, directly in charge of the care, custody and physical well being of all prisoners, post trial convictions, pre-revocation prisoners and post-revocation prisoners who have been remanded to the State of California's C.D.C. prison facilities, awaiting transfer at the SANTA RITA JAIL FACILITY, John and Jane Doe ect. al.

2(6.)

Complaint filed under 42 USC 1983

## Relief Requested cont.

#2.) Plaintiffs cojointly request that the Court issue an Order for punitive damages against the Alameda County Sheriff, the Santa Rita Jail Facility and any and all individual John and/or Jane Does found to be responsibly liable in this action, punitive damages being issued in direct response to retalitory actions taken against members of the plaintiff class who as a direct response of their having filed grievances concerning the issues devoted in this complaint have experienced a direct and continuing risk of prevalent harm in the form of assault writ to wit transferal, denial of medical treatment and other punishments to be explained and/or alledged by each plaintiff named herein on a separate and individual basis, pursuant solely to how he was effected by this the alledged issue of harm.

#3.) Plaintiffs each of them and all of them, separately and individually, seek damages in the amount of no less than one hundred thousand United States Dollars $100,000.00 including and in no way limited to other damages found applicable to the plaintiff class by the Court for pain and suffering (ie) Bloody noses, Headakkes, skin Rashes, Stomach unease, constant fear of death and or serious injury.

#4) Plaintiff each of them and all of them request that this Court issue a temporary injunction removing the entire class from the confines of the Santa Rita Jail, until such time as a HAZMAT. team can eradicate the contamination, and or a licenced hygienist can thoroughly remove the investation from the entire facility.

3 (2.)

1 | #5.) Plaintiffs, each of them and all of them request
2 | extensive Medical, Mental Health, and Emotional examination
3 | and treatment to be paid for by defendants for proximent and
4 | possible future undiagnosed disability(s).

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of June, 20 08

_____
(Plaintiff's signature)
Weldon Wiggins I
Co Plaintiff's signature

See Page # 2 (8) for all class Members signatures

COMPLAINT                                   - 4 -

_Evidence_

To The Clerk;

    Plaintiff class has found it necessary to attach a sample of what it believes to be "Black Mold" a hazardous material which infests the showers and ventalation systems of the Santa Rita jail in unit Ce-E-1 thru 14. (upper showers)

    Based upon the unorthodox nature of plaintiff's submission of this complaint and its evidence < Plaintiff's fear retaliations, reprisals, and other punishments in direct response by the defendants for the creation and filing of this action > the plaintiff class asks that standard filing procedures be waived and that the original be filed without any additional copies being attached thereto. Plaintiff's further request that notice of filing be sent to each individual plaintiff and that if direct analysis of this Court's anti terrorist team find that the substance attached hereto is in fact Black Mold, and or any other equally toxic material, that emergency temporary injunction be issued ~~forthwith~~ without delay upon said analists' determination. And this jail be evacuated!! __immediately!__

— 15 June 2008 —

**BLACK MOLD SAMPLE**
— Sta Rita Jail —
Ce-E-1 thru 14



# Emeregeny Notice!

## Evidence In Support Of Complaint! Attached

### Hazaradus Material!

I.R.E: Weldon Wiggins; V.A. file #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

Weldon Wiggins is a legally disabled Vietnam Veteran, receiving a disability pension from the Dept. Of Veterans Affairs. Mr. Wiggins has three minor children ages 17, 15 and 14. Mr. Wiggins' wife is presently unemployed and his legal dependent, pursuant to U.S Const. and V.A. law, Mr. Wiggins and his family are not liable for costs envolved in the filing or litigation of this complaint.

Note;

All denoted members of the plaintiff class, are and were at all times mentioned in this complaint housed within the confines of the Alameda County Jail at Santa Rita, restrained of their liberty unable and incapable of working to support themselves and or any other person. As such, dependant totally upon the charity of their families, none of the listed plaintiff class had nor has the monies necessary to pay for the filing of this complaint.

Furthermore, pursuant to the dire emergency expressed within the confines of this complaint, this court is obligated to expidiate the processing of this complaint due to the clear and present threat of possible death resultant from the conditions alleged herein.

I Weldon Wiggins II, second denoted plaintiff in this complaint hereby swear under penalty of perjury that the fregoing is true and correct to the best of my knowledge and belief.

_Weldon Wiggins II_
So Sworn Plaintiff In Propria Persona

2(A)

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**: WELDON WIGGINS III, CHESTER JENKINS, DAVID KNIGHT, LEONARD LOYD, et. al. See attached Plaintiff's list.

**DEFENDANTS**: ALAMEDA COUNTY SHERIFF, DYER JAIL FACILITY, SANTA RITA JAIL, JOHN DOE, JANE DOE, ADMIN. BOARD OF SUPERVISORS, AND ALL OTHER CONCERNED PARTIES ECT, AL.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**: ALAMEDA
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**: ALAMEDA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transferred from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | **PERSONAL PROPERTY** | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐690 Other | | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☒360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| ☐196 Franchise | | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| | | | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| | | | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | | ☐870 Taxes (US Plaintiff or Defendant) | ☐950 Constitutionality of State Statutes |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | | ☐871 IRS - Third Party 26 USC 7609 | ☐890 Other Statutory Actions |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | | | |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐550 Civil Rights | | | |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl | ☒555 Prison Condition | | | |
| | ☐446 Amer w/ disab - Other | | | | |
| | ☐480 Consumer Credit | | | | |
| | ☐490 Cable/Satellite TV | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**VII. REQUESTED IN COMPLAINT:** ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $100,000  CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**: PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)** (PLACE AND "X" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE: 15 June 2008

SIGNATURE OF ATTORNEY OF RECORD: Weldon Wiggins III  In Propria Persona