OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

$ 01.34
JUL 01 2008
MAILED FROM ZIP CODE 94102

Mr. Weldon Wiggins AHH-868
5325 Broder Blvd. 6E-1
Dublin, CA 94568

RECEIVED
JUL -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOT IN CUSTODY
RETURN TO SENDER



RETURNED TO SENDER

FILED
JUL -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA