FRANCISCO, CALIFORNIA 94102
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300



RETURN TO SENDER

NOT IN CUSTODY
RETURN TO SENDER

Weldon Wiggins II
AH 8168
Santa Rita Alameda County Jail
N-25 Broder Blvd 6-E-14
Dublin CA 94568

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL -7 2008

FILED
JUL -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



02 1A
000 4329882
JUL 01 2008
MAILED FROM ZIPCODE 94102

