

Weldon Wiggins II
Santa Rita Co. Jail
5325 Broder Blvd.
Dublin, CA 94568

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number __CV 08 3150__ VRW (PR)

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ✓ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ✓ Other __NO PAGE 2-4__

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

WIGGINS

rev. 11/07

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.   Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

**B.   Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

```
 1
 2
 3
 4
 5
 6
 7
 8               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 9                                    )
10                                    )
                                      )
11              Plaintiff,            )   CASE NO. C 08-3150 VRW
                                      )
12     vs.                            )   PRISONER'S
                                      )   APPLICATION TO PROCEED
13                                    )   IN FORMA PAUPERIS
                                      )
14              Defendant.            )
                                      )
15  _____)
```

16      I, _____, declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22      In support of this application, I provide the following information:

23 1.   Are you presently employed? Yes ____ No ____

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: _____ Net: _____

27 Employer: _____

28 _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)

4   _____

5   _____

6   _____

7   2.   Have you received, within the past twelve (12) months, any money from any of the
8   following sources:

9      a.   Business, Profession or                  Yes ____ No ____
10         self employment

11     b.   Income from stocks, bonds,             Yes ____ No ____
12         or royalties?

13     c.   Rent payments?                          Yes ____ No ____

14     d.   Pensions, annuities, or                  Yes ____ No ____
15         life insurance payments?

16     e.   Federal or State welfare payments,     Yes ____ No ____
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____

22  _____

23  3.   Are you married?                                Yes ____ No ____

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.   a.   List amount you contribute to your spouse's support:$ _____

| | | |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 | | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | | THEIR NAMES.). |

5  _____

6  _____

7  5.   Do you own or are you buying a home?    Yes ____ No ____

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.   Do you own an automobile?    Yes ____ No ____

10 Make _____ Year _____ Model _____

11 Is it financed? Yes _____ No _____ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.   Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes ____ No ____ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes ____ No ____

20 _____

21 8.   What are your monthly expenses?

22 Rent: $ _____ Utilities: _____

23 Food: $ _____ Clothing: _____

24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.

26 _____     $ _____     $ _____

27 _____     $ _____     $ _____

28 _____     $ _____     $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____      _____

DATE                           SIGNATURE OF APPLICANT

```
 1
 2                                              Case Number: _____
 3
 4
 5
 6
 7
 8                      CERTIFICATE OF FUNDS
 9                              IN
10                      PRISONER'S ACCOUNT
11
12           I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
                                            [prisoner name]
14   _____ where (s)he is confined.
            [name of institution]
15           I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____               _____
                                    [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28
```

- 5 -