{Notice of Address Change}

Mr. Weldon Wiggins AHH-868
5325 Broder Blvd 6-E-1    ← Former address
Santa Rita Jail Facility
Dublin California
94568

Mr. Weldon Wiggins 4-W-747
P.O. Box B-21969            ← Present Address
San Quentin Ca. 94974

C08-3150 VRW

Dear Clerk;

In late May or early June, I joined a large number of inmates which were exposed to Black Mold while they were housed in the Alameda County Jail at Santa Rita, in Dublin California, in response we filed a Civil Rights Complaint — this brief letter is sent to advise you of my change in address.

Respectfully Submitted

Weldon Wiggins



Mr. Welchon Wiggins TW 74
Post Office Box B-21969
San Quentin State Prison
San Quentin, Ca 94974

To: The Clerk.
United States District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, California