Mr. Weldon Wiggins (1 West 74)
P.O. Box # C-21969
San Quentin State Prison
San Quentin Ca. 94974

*Attn: clerk,*
*Request for copy,*
*stop until EDC gives*
*me a certified copy*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Weldon Wiggins II et. al.

    Plaintiff,

vs.

Ala. Co. Jail, Santa Rita

    Defendant.

CASE NO. C-08-3150-VRW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, __Weldon Wiggins II__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _✓_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I am a Disabled Veteran; I receive a monthly service non-
5  connected-compensation pension, which stopped after my
6  61st day of incarceration (ie) June 12th 2008 and or felony conviction.
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources.

|     |                                      |                |
| --- | ------------------------------------ | -------------- |
| a.  | Business, Profession or self employment | Yes ___ No ✓  |
| b.  | Income from stocks, bonds, or royalties? | Yes ___ No ✓ |
| c.  | Rent payments?                       | Yes ___ No ✓   |
| d.  | Pensions, annuities, or life insurance payments? | Yes ✓ No ___ |
| e.  | Federal or State welfare payments, Social Security or other government source? | Yes ___ No ✓ |

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  I receive a monthly disability pension from the Veteran's Admin.
22  Inmt: 335/21P, CSS 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, Wiggins Weldon $1.544°° per. mo.
23  3.    Are you married?                                    Yes ___ No ___
24  Spouse's Full Name: Mrs Teena Alexander-Wiggins
25  Spouse's Place of Employment: Unemployed House Wife
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____ Net $_____N/A_____
28  4.    a.    List amount you contribute to your spouse's support:$ ___0___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

```
 1        b.     List the persons other than your spouse who are dependent upon you for
 2               support and indicate how much you contribute toward their support. (NOTE:
 3               For minor children, list only their initials and ages. DO NOT INCLUDE
 4               THEIR NAMES.).
 5   Davon M. Wiggins, 16 years of age; William Antonio Wiggins, 14
 6   years of age; Dominic Peirre Gates-Wiggins, 13 years of age. $000⁰⁰
 7   5.   Do you own or are you buying a home?         Yes ___ No ✓
 8   Estimated Market Value: $_____ Amount of Mortgage: $_____
 9   6.   Do you own an automobile?                    Yes ___ No ✓
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ___ No ___ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ___ No ✓ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ___ No ✓
20   _____
21   8.   What are your monthly expenses? (I am in prison)
22   Rent: $ _____0_____   Utilities: _____0_____
23   Food: $ _____0_____   Clothing: _____0_____
24   Charge Accounts:
25   Name of Account        Monthly Payment       Total Owed on This Acct.
26   _____0_____           $ _____0_____         $ _____0_____
27   _____0_____           $ _____0_____         $ _____0_____
28   _____0_____           $ _____0_____         $ _____0_____
```

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  *My V.A Disability Pension is presently frozen, it is under*
4  *Appeal while I resolve an alleged overpayment of $27.000 00*
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  *Weldon Wiggins -V- Ruth Rushen, U.S. Northern District Court see:*
10 *Fed.*
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _____          *Weldon Wiggins II*
17        DATE                    SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
     .                    ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  G21969
   ACCOUNT NAME:  WIGGINS, WELDON
   ACCOUNT TYPE:  I
CURRENT BALANCE:         15.70
   HOLD BALANCE:          0.00
 ENCUM. BALANCE:          0.00
      AVAILABLE:         15.70
PRIVILEGE GROUP:  U
   LAST CANTEEN:
------------------------- ACCOUNT TRANSACTIONS ------------------------TS210CA
   DATE    TRAN    AMOUNT     DESCRIPTION     CHECK NUM    COMMENT      BALANCE
  -------  ----  ----------- ----------------  ----------- ----------  ----------
  07/23/08 D340       25.00  EFT DEPOSIT                   0288/JPAY       25.00
  07/25/08 W516        4.50- LEGAL COPY CHAR               0306/COPY       20.50
  08/01/08 W512        4.80- LEGAL POSTAGE C               8605/LPOST      15.70


PAGE#     1 OF     1 PAGES
```

Request for stay;
until CDC gives
me a certified copy

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Mr. N Wiggins 1 West 74
C-29269
San Quentin CA
94974

